**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MANAGEMENT SOLUTION HOLDINGS, LLC, a Michigan Limited Liability Company; SHANNON STEEL, an individual; and AARON MORRIS, an individual,<br><br>    Defendants. | No. 23cv2183 (EP) (MAH)<br><br>**ORDER** |

Plaintiff Ramada Worldwide, Inc. moves for default judgment against Defendants Management Solution Holdings, Shannon Steel, and Aaron Morris. D.E. 19 ("Mot."). The amended complaint in this matter having been filed on October 23, 2023; and service of the summons and complaint having been effectuated with respect to Defendants; and default having been entered by the Clerk of the Court on January 19, 2024, against Defendants for its failure to respond or answer the complaint; and the Court having considered the motion and all related items on the docket, and having determined that oral argument is not needed,,

**IT IS**, on this ___24th___ day of ___October___ 2024, for the reasons in the accompanying opinion,

**ORDERED** that the motion for default judgment is **GRANTED**, and it is further

**ORDERED** that Plaintiff may provide additional documentation to support its request for attorneys' fees and costs within fourteen (14) days of this Order. If Plaintiff does not provide any additional documents within such time, Plaintiff's request for attorneys' fees and costs may be denied *with prejudice*; and it is finally

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment against Defendants, jointly and severally, in the amount of $1,558,444.79, composed of (a) $307,262.26 for outstanding Recurring Fees, (b) $549,004.14 for Liquidated Damages, and (c) $614,221.30 for amount due and owing under the Development Incentive Note.

Dated: October 24, 2024

Evelyn Padin, U.S.D.J.